UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | |
|---|---|
| DONNA M. GILBERT, JULIE MOHNEY, CHARMAINE WHITE FACE, and others similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>　vs.<br><br>RADM MICHAEL D. WEAHKEE, Principal Deputy Director of Indian Health Service (IHS); JAMES DRIVING HAWK, Great Plains IHS Area Director; and WILLIAM BARR, United States Attorney General,<br><br>　　　　　　Defendants. | CIV. 19-5045-JLV<br><br>ORDER |

Consistent with the court's order (Docket 44), it is

ORDERED, ADJUDGED AND DECREED that judgment is entered in favor of defendants and against plaintiffs.

Dated February 18, 2020.

　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　/s/ *Jeffrey L. Viken*
　　　　　　　　　　　　JEFFREY L. VIKEN
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE